# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, J.A. FISCHER, B.T. PALMER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**ALEX A. THOMAS**
**INFORMATION SYSTEMS TECHNICIAN**
**SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201600002**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 21 Sep 2015.
**Military Judge**: CDR Marcus Fulton, JAGC, USN.
**Convening Authority**: Commanding Officer, Naval Health
Clinic New England, Newport, RI.
**Staff Judge Advocate's Recommendation**: LT M.R. Sonn, JAGC,
USN.
**For Appellant**: CDR Suzanne Lachelier, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**29 March 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority. Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court